**David M. EVANS, Respondent,**

v.

**MISSOURI STATE TREASURER, CUSTODIAN OF THE SECOND INJURY FUND, Appellant.**

**No. ED 81136.**

Missouri Court of Appeals, Eastern District, Division Four.

Nov. 19, 2002.

Jeremiah W. (Jay) Nixon, Atty. Gen., St. Louis, MO, for appellant.

Matthew Padberg, St. Louis, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

## ORDER

PER CURIAM.

The Treasurer of the State of Missouri, as custodian of the Second Injury Fund, appeals from the decision of the Labor and Industrial Relations Commission awarding claimant, David Evans, permanent total disability benefits. We have reviewed the record on appeal. The Commission's decision is supported by competent and substantial evidence on the whole record. An opinion would have no precedential value.

The Commission's decision is affirmed. Rule 84.16(b).